```
 1                    UNITED STATES DISTRICT COURT

 2                   WESTERN DISTRICT OF LOUISIANA

 3


 4    * * * * * * * * * * * * * * * * * * * * * * * * *
      JEREMY FARRIS               CIVIL ACTION NO.:  6:19-CV-108
 5
      VERSUS                      DISTRICT JUDGE Robert R.
 6
      BRIAN DANA JEFFERSON,       MAGISTRATE JUDGE
 7    MICHAEL BISHOP, AND         PATRICK J. HANNA
      NATIONAL LIABILITY AND
 8    FIRE INSURANCE COMPANY      JURY TRIAL DEMANDED
      * * * * * * * * * * * * * * * * * * * * * * * * *
 9

10

11
                         The deposition testimony of
12                           MICHAEL S. GILLEN,
            taken on Thursday, the 18th day of June, 2020
13                       commencing at 1:04 p.m.
                              at the offices of
14                 National Collision Technologies, Inc.
                         6515 Greenwell Springs Road
15                      Baton Rouge, Louisiana 70806

16          REPORTED BY:   ELICIA H. WOODWORTH, C.C.R.

17
      ***************************************************
18

19

20

21

22

23

24

25
```

```
 1  severity of the impact based on a medical analysis.  I
 2  don't do that.  So I was not allowed to testify in
 3  kinematics, which, again, is a specific discipline
 4  within accident reconstruction taught by Northwestern.
 5     Q.  Fair enough.
 6         You haven't been retained in this case for either
 7  occupant -- what was the other word -- kinetics?
 8     A.  Kinematics.
 9     Q.  -- kinematics or as a truck driving expert; is
10  that fair?
11     A.  That is correct.
12     Q.  Okay.  All right.  And in this case, what are you
13  anticipating being tendered an expert in?
14     A.  Traffic accident reconstruction.
15     Q.  Yes, sir.
16         And are there any other fields that you do hold
17  yourself out as an expert in?
18     A.  Well, I have been allowed and recognized by the
19  Court as an expert in rules of the road, which is
20  basically the Highway Regulatory Act.  I was a traffic
21  cop for 20 years.  And I have been allowed to testify in
22  MUTCD compliance, the Manual on Uniform Traffic Control
23  Devices.
24     Q.  Okay.  Any other field you hold yourself out as
25  an expert in?
```


TORRES REPORTING & ASSOCIATES, INC.
COURT REPORTING & LITIGATION SERVICES
www.torresreporting.com
1.866.982.6878 Toll Free

Baton Rouge, LA
225.751.0732
225.752.7308 FAX

New Orleans, LA
504.392.4791
504.392.4852 FAX

```
 1      A.  No.
 2      Q.  Okay.  Yes, sir.
 3          And, now, the work in this case was limited to
 4  the accident that occurred on June 12th of 2018 on I10
 5  East; is that correct?
 6      A.  Yes.
 7      Q.  All right.  And may we just refer to that as "the
 8  accident"?
 9      A.  Sure.
10      Q.  Okay.  And in your work in the last five years,
11  have you had opportunities to work with Mr. Welborn or
12  his firm or his clients?
13      A.  I have.  We've had other cases with Mr. Welborn.
14  I don't know...
15      Q.  More than five?
16      A.  Within the last five years?
17      Q.  Yes, sir.
18      A.  I wouldn't think so.
19      Q.  Okay.  Yes, sir.
20          All right.  Now, I was produced a 26-page report
21  in this matter, and I want to make sure I don't give you
22  the one that I have with my little highlights all over
23  the place.  And, actually, it's 27 pages if you count
24  the cover page.
25      A.  Okay.
```



**TORRES REPORTING & ASSOCIATES, INC.**
COURT REPORTING & LITIGATION SERVICES
www.torresreporting.com
1.866.982.6878 Toll Free

**Baton Rouge, LA**
225.751.0732
225.752.7308 FAX

New Orleans, LA
504.392.4791
504.392.4852 FAX

1  so that you can produce a 3D modeling based on that
2  image.  We purchased that program after receiving his
3  report, and we have tried to use the same program.  We
4  don't find that it's giving reliable results.
5     Q.  Tell me why.
6     A.  Well, part of what you have to do in that program
7  is go in and pick known distances so that you can scale
8  the video, so we picked something that was pretty
9  apparent, and that was -- let me show you.
10         This blob that you see here on the lower left is
11 what the program is representing from the video.  We
12 identified the LA Avenue sign, the overhead sign on
13 interstate, and the food sign along the interstate.
14    Q.  It's the same food sign we were talking about --
15    A.  I think so.
16    Q.  -- in Figure 2?
17    A.  I think so.  I'd have to go back and look.
18        But the distance between these two signs, and
19 there is 850 feet.  So we told --
20    Q.  Based on the Google image from Figure 1?
21    A.  Based on the measuring tool, yes, within Google
22 Earth.
23        If you click on the LA Avenue sign and the
24 overhead sign and the food sign and measure that
25 distance, you'll get 850 feet.



TORRES REPORTING & ASSOCIATES, INC.
COURT REPORTING & LITIGATION SERVICES
www.torresreporting.com
1.866.982.6878 Toll Free

Baton Rouge, LA
225.751.0732
225.752.7308 FAX

New Orleans, LA
504.392.4791
504.392.4852 FAX

1   to calculate the speed of the camera.
2       Q.  So did you attempt to do that, blocking out the
3   hood of the tractor/trailer and other traffic?
4       A.  We did.
5       Q.  Okay.  And did that change the results?
6       A.  No.  We're still getting this skewed result here
7   of 366 when it should have been 550.
8           So I don't know that the program's really
9   intended to do what's being attempted to do with the
10  program, number one.
11          And if you compare Arrington's report with his
12  calculated ending speed of whatever it was, 20 --
13      Q.  Right under 22, I think.
14      A.  Okay.
15          -- 22 miles per hour for the truck, and it says
16  31.4 for 18-wheeler versus the 35 that the GPS is
17  showing.  I understand that the GPS refreshes its
18  display about every second, but even accepting his 31.4,
19  Arrington has said that the truck, based on this
20  program, this --
21      Q.  The tractor/trailer?
22      A.  I'm sorry.  Yes, the tractor/trailer.
23          -- the tractor/trailer is braking at a rate of .2
24  to .3.  We know that's not true.  And we know that's not
25  true because if you accept Arrington's ending speed at


TORRES REPORTING & ASSOCIATES, INC.
COURT REPORTING & LITIGATION SERVICES
www.torresreporting.com
1.866.982.6878 Toll Free

Baton Rouge, LA
225.751.0732
225.752.7308 FAX

New Orleans, LA
504.392.4791
504.392.4852 FAX

1  to .3 braking, this collision would not have occurred.
2      Q.  Okay.  I think you mentioned that when we were
3  over there at the things as well.
4      A.  Yes.
5      Q.  So any other disagreements or conflicts with
6  Mr. Arrington's report other than what we've already
7  discussed?
8      A.  Well, I'm questioning the use of this program to
9  do what he tried to do with it.  He seemed to have gone
10 to extremes to try to disprove the display on the GPS
11 Garmin system.  I found it interesting that some of the
12 values he did not report.  He's reported a ending speed,
13 impact speed from the tractor/trailer, Mr. Jefferson's
14 vehicle, of 31.4, but what was his starting speed?  If
15 the GPS is wrong at the beginning, what is the GPS --
16 the actual GPS speed in the beginning?
17         He's gone through the extremes of calculating and
18 trying to verify a time value versus the 9.5 seconds
19 that the screen displays.  He says it's 9.689 seconds,
20 we'll call it 9.7 seconds.  Well, kind of so what.
21 Again, you and I can't count that fast, two-tenths of a
22 second.  But what is the speed of the truck and what is
23 the distance that the truck is away when it begins
24 braking using the Jake Brakes that are detectable in the
25 audio of the video?


TORRES REPORTING & ASSOCIATES, INC.
COURT REPORTING & LITIGATION SERVICES
www.torresreporting.com
1.866.982.6878 Toll Free

Baton Rouge, LA
225.751.0732
225.752.7308 FAX

New Orleans, LA
504.392.4791
504.392.4852 FAX

1   to match that speed, the braking rate that Jefferson
2   needs to apply is only .19 versus .2 as normal.  And it
3   just follows the table down.
4           This second column represents the speed of
5   the dump truck that needs to be matched by Jefferson.
6   If it's 25, applies a .18; if it's 30, applies a .16;
7   35, applies a .153.
8           MS. BASH:  Yes, sir.  Okay.  Thank you very
9   much.
10          Let's mark this -- what's our next one?  We
11  attached -- I went through the order that you talked
12  about them, and the only one we did not talk about,
13  Mike, is the "Braking Time Distance," and we'll talk
14  about that in just a second.  Let me go ahead and get
15  this added and then...
16  BY MS. BASH:
17     Q.   Let's look at the photos on Page 18 of your
18  report.  The top one is -- you have the "Trucks Use
19  Right Lane Only" on that one.
20     A.   Right.
21     Q.   Now, the bottom one, Figure 21, is a Google
22  Street view of that; is that correct?
23     A.   Yes.
24     Q.   Is it a fair statement that using Figure 20, the
25  sign that you're saying "Trucks Use Right Lane Only,"


TORRES REPORTING & ASSOCIATES, INC.
COURT REPORTING & LITIGATION SERVICES
www.torresreporting.com
1.866.982.6878 Toll Free

Baton Rouge, LA
225.751.0732
225.752.7308 FAX

New Orleans, LA
504.392.4791
504.392.4852 FAX

1  that's based on the LDOT plan or traffic control plan on
2  what that says, you can't actually read that sign from
3  the video still; is that fair?
4      A.  No.  I think there's such a limited window of
5  opportunity to even see that sign in the video, chances
6  are Mr. Jefferson may not have even seen it.  But, to
7  me, it's insignificant because there is a state statute
8  within the Highway Regulatory Act Title 32 that requires
9  traffic to stay out of the left lane unless you're
10 passing.
11         We know, based on the video, at the start of the
12 dash cam, Jefferson is just kind of hanging out in the
13 left lane the duration of this video.  An 18-wheeler
14 ahead of him, the flatbed that shows up in this Figure
15 20, at one point was in the same lane as Jefferson.
16 That 18-wheeler returned to the right-hand lane, but,
17 instead, Jefferson stays in the left lane.
18     Q.  What's the statute you're citing?
19     A.  I don't recall the statute number.
20     Q.  I'm sorry.  I thought you just said it.
21     A.  No.  It's in Title 32.
22     Q.  Okay.
23     A.  Which is Louisiana State Revised Statute Title 32
24 of the Highway Regulatory Act.
25     Q.  Now, do you plan to offer testimony at trial that



TORRES REPORTING & ASSOCIATES, INC.
COURT REPORTING & LITIGATION SERVICES
www.torresreporting.com
1.866.982.6878 Toll Free

Baton Rouge, LA
225.751.0732
225.752.7308 FAX

New Orleans, LA
504.392.4791
504.392.4852 FAX