UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JEREMY FARRIS** | **CASE NO. 6:19-CV-00108 LEAD** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **BRIAN DANA JEFFERSON, ET AL.** | **MAG. JUDGE PATRICK J. HANNA** |

## JUDGMENT

The trial of this matter was conducted before a jury on November 1 through November 4, 2021. The jury rendered a verdict for plaintiff, Jeremy Farris, and against defendants, Brian Dana Jefferson, Michael Bishop, and National Liability & Fire Insurance Company.

In accord with the Jury Verdict rendered on the 4th day of November, 2021,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be and is hereby entered in favor of plaintiff, Jeremy Farris, and against defendants, Brian Dana Jefferson, Michael Bishop, and National Liability & Fire Insurance Company, in the total amount of Three Hundred Thirty-Two Thousand Seven Hundred Dollars and 00/100 ($332,700.00), with pre-judgment interest from the date of judicial demand to the date of entry of judgment at the Louisiana rate of judicial interest, and post-judgment interest at the rate provided for by 28 U.S.C. § 1961, from the date of entry of this judgment until paid.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the costs of these proceedings may be determined by a Bill of Costs, as permitted under 28 U.S.C. § 1920, pursuant to Rule 54(d) of the Federal Rules of Civil Procedure.

**JUDGMENT SIGNED** this 29th day of November, 2021, at Lafayette, Louisiana.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE